# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC. and WHATSAPP, INC.,<br><br>Defendants. | CIVIL ACTION NO. 6:21-cv-665-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF AGREED EXTENSION OF DEADLINE

Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") notifies the Court that the Parties have agreed to extend the deadline for VoIP-Pal to file a response to Defendants' Motion to Dismiss (Dkt. No. 19) from September 21, 2021 up to and through September 28, 2021.

Dated: September 17, 2021

        Respectfully submitted,

        By: /s/Lewis E. Hudnell, III
        Lewis E. Hudnell, III
        lewis@hudnellaw.com
        Nicolas S. Gikkas
        nick@hudnelllaw.com
        Hudnell Law Group P.C.
        800 W. El Camino Real Suite 180
        Mountain View, California 94040
        T: 650.564.3698
        F: 347.772.3034

        **ATTORNEYS FOR PLAINTIFF**
        **VOIP-PAL.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing NOTICE OF AGREED EXTENSION OF DEADLINE via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 17th day of September, 2021.

By: */s/Lewis E. Hudnell, III*
Lewis E. Hudnell, III
lewis@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034