IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC. § | |
| § | |
| v. § | CIVIL ACTION 6:21-cv-665[ADA] |
| § | |
| FACEBOOK, INC. and WHATSAPP, INC. § | |

**NOTICE OF AGREED EXTENSION TO FILE REPLY BRIEF**

Defendants Facebook, Inc. and WhatsApp, Inc.[1] ("Defendants") hereby notify the Court that Plaintiff Voip-Pal, Inc. has agreed to extend the deadline for Defendants to file their reply brief to their Motion to Dismiss Voip-Pal's First Amended Complaint [Dkt. 25] for three days, up to and including November 5, 2021.

Dated: November 1, 2021                          Respectfully submitted,

                                                 By: /s/ Joshua Glucoft
                                                 Ellisen S. Turner
                                                 Joshua Glucoft
                                                 Ellisen.turner@kirkland.com
                                                 Josh.glucoft@kirkland.com
                                                 KIRKLAND & ELLIS LLP
                                                 2049 Century Park East, 37th Floor
                                                 Los Angeles, CA 90067
                                                 Tel: 310-552-4200
                                                 Fax: 310-552-5900

                                                 Kristina R. Cary
                                                 Kristina.cary@kirkland.com
                                                 KIRKLAND & ELLIS LLP
                                                 200 Clarendon Street
                                                 Boston, MA 02116
                                                 Tel: 617-385-7500
                                                 Fax: 617-385-7501

---

[1] Effective October 28, 2021, named defendant Facebook, Inc. changed its name to Meta Platforms, Inc. Also, as previously noted at Dkt. 20, named defendant WhatsApp, Inc. changed its name to WhatsApp LLC effective January 1, 2021.

Michael E. Jones
SBN: 10929400
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 1, 2021 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via email pursuant to Local Rule CV-5(b)(1).

*/s/ Joshua Glucoft*
Joshua Glucoft
