IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC. and WHATSAPP, INC.,<br><br>Defendants. | CIVIL ACTION NO. 6:21-cv-665-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VENUE DISCOVERY

Under the Court's Amended Standing Order Regarding Venue And Jurisdictional Discovery Limits For Patent Cases ("the Order"), Plaintiff VoIP-Pal.com, Inc. notifies the Court that it intends to serve venue discovery on Defendants Facebook, Inc. and WhatsApp, Inc. The venue discovery concerns Defendants' Motion for Transfer, which Defendants filed on November 9, 2021. Dkt. No. 33. In order to coordinate venue discovery between this case ("the 2021 case") and *VoIP-Pal.com, Inc. v. Facebook, Inc. and WhatsApp, Inc.*, Case No. 6:20-cv-267-ADA ("the 2020 case"), the parties have agreed that VoIP-Pal will serve its venue discovery in both cases after Defendants serve their replacement motion to transfer in the 2020 case. VoIP-Pal's opposition to the Motion in this case is due by November 23, 2021. Under the Order, the deadline for VoIP-Pal's response is extended until two weeks after the completion of the venue discovery.

Dated: November 23, 2021

Respectfully submitted,

By: /s/Lewis E. Hudnell, III
Lewis E. Hudnell, III
lewis@hudnellaw.com
Nicolas S. Gikkas
nick@hudnelllaw.com

                Hudnell Law Group P.C.
                800 W. El Camino Real Suite 180
                Mountain View, California 94040
                T: 650.564.3698
                F: 347.772.3034

                **ATTORNEYS FOR PLAINTIFF**
                **VOIP-PAL.COM, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing NOTICE OF VENUE DISCOVERY via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 22nd day of November, 2021.

> By: */s/Lewis E. Hudnell, III*
> Lewis E. Hudnell, III
> lewis@hudnelllaw.com
> Hudnell Law Group P.C.
> 800 W. El Camino Real Suite 180
> Mountain View, California 94040
> T: 650.564.3698
> F: 347.772.3034