IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC. | § § | |
| v. | § § | CIVIL ACTION 6:21-cv-665[ADA] |
| FACEBOOK, INC. and WHATSAPP, INC.[1] | § § | |

**JOINT NOTICE OF EXTENSION REGARDING VENUE DISCOVERY**

Plaintiff and Defendants hereby notify the Court that the parties have agreed to an extension of time for completing venue discovery from February 9, 2022 to February 24, 2022 so that the deadline aligns with the end of venue discovery for the case between the same parties at Civil Action No. 6:20-cv-267[ADA].

Dated: December 15, 2021

Respectfully submitted,

By: */s/Lewis E. Hudnell, III, with permission by Michael E. Jones*
Lewis E. Hudnell, III
lewis@hudnellaw.com
Nicolas S. Gikkas
nick@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034

**ATTORNEYS FOR PLAINTIFF
VOIP-PAL.COM, INC.**

---

[1] Defendants have filed a notice of name change and unopposed motion to correct docket. *See* Dkt. 36.

By: /s/ *Joshua Glucoft, with permission by Michael E. Jones*
Ellisen S. Turner
Joshua Glucoft
Ellisen.turner@kirkland.com
Josh.glucoft@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, 37th Floor
Los Angeles, CA 90067
Tel: 310-552-4200
Fax: 310-552-5900

Kristina R. Cary
Kristina.cary@kirkland.com
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
Tel: 617-385-7500
Fax: 617-385-7501

Michael E. Jones
SBN: 10929400
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

**ATTORNEYS FOR DEFENDANTS**