UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC. and WHATSAPP, INC., <br><br> Defendants. | Case No. 6:21-cv-00665-ADA <br><br> **JURY TRIAL DEMANDED** |

**EVIDENTIARY ORDER FOR IN-CAMERA REVIEW**

Before the Court is the pending Motion to Transfer. Dkt. No. 32. The Motion to Transfer argues for transfer based on a confidential agreement not mentioned in the Complaint. The Motion to Transfer argues that the confidential agreement implicates evidence that will affect the pending claims of willful and induced infringement of asserted patents in this case.

To determine the relevance of the confidential agreement, the Court hereby **ORDERS**:

- The Defendants shall collectively send up to three examples of evidence covered by the confidential agreement to the Court for in-camera review by Monday, May 9, 2022. Defendants may submit the evidence by email to the undersigned's law clerks or by physical mail.

- The Defendants may file a one-page statement explaining the relevance of the evidence to this case by Monday, May 9, 2022.

**SO ORDERED** this 4th day of May, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE